KROOSS, APPELLANT, *v.* MURRY, JUDGE, APPELLEE.

[Cite as *Krooss v. Murry*, 123 Ohio St.3d 85, 2009-Ohio-4051.]

*Prohibition — Petition denied — Trial court does not patently and unambiguously lack jurisdiction — Underlying case has territorial connection to municipal court.*

(No. 2009-0449 — Submitted August 11, 2009 — Decided August 18, 2009.)

APPEAL from the Court of Appeals for Greene County, No. 2008-CA-100, 2009-Ohio-214.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Paul Krooss, for a writ of prohibition to prevent appellee, Xenia Municipal Court Judge Michael Murry, from proceeding in a case involving Krooss. Contrary to appellant's assertions, Judge Murry does not patently and unambiguously lack jurisdiction over the underlying case, because the case has a territorial connection to the municipal court. See *Cheap Escape Co., Inc. v. Haddox, L.L.C.*, 120 Ohio St.3d 493, 2008-Ohio-6323, 900 N.E.2d 601, syllabus. Absent a patent and unambiguous lack of jurisdiction, Krooss has an adequate remedy by appeal to raise his jurisdictional claim. *State ex rel. Plant v. Cosgrove*, 119 Ohio St.3d 264, 2008-Ohio-3838, 893 N.E.2d 485, ¶ 5.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Herbert Creech, for appellant.

Ronald C. Lewis, Xenia Law Director, for appellee.

_____